UNITED STATES DISTRICT COURT          MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 2/21/2013      CASE NUMBER: 13-10092M-TUC

USA vs. Dane Rossman

U.S. MAGISTRATE JUDGE: LESLIE A. BOWMAN    Judge #: 70BX

U.S. Attorney Ryan P. DeJoe      INTERPRETER REQ'D N/A

Attorney for Defendant J. Santander for Ryan Moore (AFPD)

INITIAL APP: ☒ HELD    DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☒ Complaint Filed ☒ DOA 2/20/2013    ☐ Warrant Other District    ☐ Financial Afdvt taken
                                   ☐ Warrant Phx Div.         ☐ No Financial Afdvt taken
                                   ☐ Counsel waives reading of the Complaint/Indictment
                                   ☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be SAME.
    Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f)
    is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ 18§ 3142(f) ☐ 18§ 3142(d)

PSA recommends _____ ; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: | **PRELIMINARY HEARING**: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT** Set for        before: | |

OTHER: Ryan Moore, AFPD is appointed as counsel of record. **Extradition Hearing set for April 16, 2013 at 9:30 before Judge Bowman.**

                                   Recorded by Courtsmart        IA: 0
                                   BY: Armida Butler
                                   Deputy Clerk

                                                                         Start time: 2:52
                                                                          Stop time: 4:10