IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case: 13-mj-10092-N/A-DTF |
| Plaintiff, | **ORDER** |
| vs. | |
| Dane Rossman, | |
| Defendant. | |

The Court having been notified that Defendant Dane Rossman has submitted a Financial Affidavit, and after the Court's review,

**IT IS HEREBY ORDERED** that the Defendant is found to be indigent.

DATED this 4th day of April, 2013.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge