UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 4/3/2013           CASE NUMBER: 13-10092M-DTF

USA vs. Dane Rossman

DEFENDANT: ☒ **PRESENT**  ☐ NOT PRESENT  ☐ RELEASED  ☒ **CUSTODY**

U.S. MAGISTRATE JUDGE: D. THOMAS FERRARO  Judge #: 70BU

U.S. Attorney  Ryan P. DeJoe                                    INTERPRETER REQ'D  N/A

Attorney for Defendant  Ryan Moore              ☐ Appt  ☐ Ret  ☒ FPD  ☐ Spec Appr

MATTER COMES BEFORE THIS COURT FOR A MOTION HEARING.

The Court summarized the history of the case as follows:

    The Court on March 21, 2013, denied Defendant's Motion for Release on Bail in Extradition Proceedings.

    The Court found Defendant was a flight risk and believed it had no authority to set conditions of release to ameliorate that risk.

Government states there are no special circumstances for Defendant's release.

Government objects to Defendant's release due to Defendant's tenuous living conditions, Defendant has a felony offense and a five thousand dollar bond is not sufficient.

Defense counsel states the special circumstances that can justify bond for Defendant are that the Government has not presented a Canadian Arrest Warrant and the availability of bail in the requesting state.

Defense counsel states the Government is not likely to meet its burden on probable cause and dual criminality.

Defense counsel states defendant is not a flight risk and special circumstances do exist to release the defendant.

**IT IS ORDERED that the Motion for Reconsideration is DENIED [Doc. 15].**

The Court has reconsidered its previous order based on the filing of the defense.

The Court finds it can set conditions of release and establish conditions that could ameliorate the risk of flight.

The Court finds there are no special circumstances to justify Defendant's release and Defendant shall be presumptively detained.

Recorded by Courtsmart
BY: Rose Chavez
Deputy Clerk

Mtn Hrg: 40 Min

Start time: 11:14
Stop time: 11:54