UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DANE EDWARD ROSSMAN | No. 13-MJ-10092-TUC-DTF |

CERTIFICATION OF EXTRADITION AND
ORDER OF COMMITMENT

This case is before the Court on a complaint filed on February 19, 2013, by Ryan P. DeJoe, Assistant United States Attorney for the District of Arizona, acting on behalf of the Government of Canada, pursuant to its request for the arrest of Dane Edward Rossman for purposes of extradition.

On April 17, 2013, the Court conducted an extradition hearing at which it considered the authenticated documents submitted by the Government of Canada in accordance with 18 U.S.C. Section 3190. The fugitive appeared with counsel. The Court has carefully reviewed the evidence presented, including the diplomatic notes from the Embassy of Canada requesting the extradition of Rossman, and is satisfied that the request should be granted.

The Court finds that:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2. The Court has personal jurisdiction over the fugitive Dane Edward Rossman and subject matter jurisdiction over the case.

3. There is currently in force an extradition treaty between the Government of the

cc: USM (2cc),

United States and the Government of Canada. The treaty was signed on December 3, 1971, and entered into force on March 22, 1976.

4. Dane Edward Rossman has been charged with three crimes under the Criminal Code of Canada (CCC):

(A) Mischief - CCC § 430(3)

(B) Mischief Endangering Life - CCC § 430(2)

(C) Disguise with the Intent to Commit an Indictable Offense - CCC § 351(2). An order for Rossman's arrest was issued in Canada on December 20, 2010.

5. Charges (A) and (B) are encompassed by Article 2 of the extradition treaty because they are punishable under the laws of the United States and Canada by a term of imprisonment which exceeds one year.

6. Canada seeks the extradition of Dane Edward Rossman so that he can appear for these offenses.

7. There is probable cause to believe that Dane Edward Rossman, the fugitive and the same person who is before this Court, committed the offenses for which his extradition is sought under charges (A) and (B) listed above.

Based on the foregoing findings, the Court concludes that Dane Edward Rossman is subject to extradition and surrender for offenses (A) and (B) listed above for which extradition was requested, and hereby certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that a certified copy of this Certification of Extraditability and Order of Commitment be forwarded without delay by the Clerk to the Department of State, to the attention of the Office of the Legal Adviser;

AND IT IS FURTHER ORDERED that Dane Edward Rossman be committed to the custody of the United States Marshal for this District pending final disposition of this matter by the Secretary of State and surrender to designated agents of the Government of Canada.

                                           HONORABLE D. THOMAS FERRARO
                                           UNITED STATES MAGISTRATE JUDGE

Date: April 17, 2013