# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Dane Edward Rossman
DEFENDANT.

CR 13-MJ-10092-TUC-DTF

*WITNESS LIST*

FILED ___ LODGED
RECEIVED ___ COPY
APR 17 2013
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ C DEPUTY

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| D. THOMAS FERRARO | ROSE CHAVEZ | COURTSMART |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| APRIL 17, 2013 | RYAN DEJOE | RYAN MOORE |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 4/17/13 | 4/17/13 | Deputy United States Marshal Patrick Conover |  |